790 A.2d 281

Luis CLAUDIO and Sexta Claudio, Individually
and as His Wife, Respondents,

v.

DEAN MACHINE COMPANY, Incorporated;  Burton Industries,
American Steel Line, Inc.;  North American Brass, Inc.;
and Hannum Electric Co.

Petition of Dean Machine Company, Inc.

Supreme Court of Pennsylvania.

Feb. 12, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of February 2002, **WE GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

Whether the trial court erred, pursuant to Pennsylvania Rule of Civil Procedure 227.1, by:  (1) conducting a post-trial evidentiary hearing;  and (2) granting post-trial relief when the court indicated that the error before or during trial was attributable to Appellees?